# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SHANE PICKERILL,

        Plaintiff,

v.                                      Case No: 6:20-cv-882-Orl-40LRH

METROPOLITAN LIFE INSURANCE COMPANY,

        Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 28), October 20, 2020. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Metropolitan Life Insurance Company are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on October 21, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties